| date | person | activity | hours |
|---|---|---|---|
| **McCarthy Timesheet IBWC Jackson Lewis FOIA** | | | |
| | | | |
| 12/11/2009 | McCarthy | research legal issues and draft complaint | 6.5 |
| 12/12/2009 | McCarthy | research legal issues and draft complaint | 4.5 |
| 1/4/2010 | McCarthy | edit complaint | 1.5 |
| 2/5/2010 | McCarthy | research and draft summary judgment brief | 5 |
| 2/6/2010 | McCarthy | research and draft summary judgment brief | 6.5 |
| 2/7/2010 | McCarthy | edit sj brief | 2 |
| 3/11/2010 | McCarthy | conf co-counsel case strategy | 0.3 |
| 3/21/2010 | McCarthy | review govt SJ and opposition to pltf SJ | 1 |
| 3/23/2010 | McCarthy | research for opp to govt SJ motion | 4 |
| 3/25/2010 | McCarthy | draft opp to govt sj motion | 4.5 |
| 4/1/2010 | McCarthy | edit opp to govt SJ | 1.5 |
| 4/26/2010 | McCarthy | review govt reply to sj | 0.5 |
| | | subtotal | 37.8 |
| 6/7/2011 | McCarthy | discuss, plan strategy, docs for status report | 0.5 |
| 6/27/2011 | McCarthy | review, draft reply govt2d  sj | 1.5 |
| 7/10/2011 | McCarthy | research for 2d SJ motions | 6 |
| 7/12/2011 | McCarthy | draft 2d sj oppositin and cross motion | 4 |
| 7/28/2011 | McCarthy | review and edit 2nd SJ filings | 1.5 |
| 9/1/2011 | McCarthy | research and draft reply SJ | 4.5 |
| 2/27/2012 | McCarthy | review decis, telephone co-counsel | 0.4 |
| 4/23/2012 | McCarthy | review def's declarations | 0.5 |
| 5/10/2012 | McCarthy | review govt motin to modify opinion | 1 |
| 5/10/2012 | McCarthy | research for opp to govt motion to modify and for sanctions (1/2 time) | 6 |
| 5/11/2012 | McCarthy | draft opp to govt motion and mot for sanctions | 2 |
| | | (1/2 time) | 1.7 |
| 5/12/2012 | McCarthy | edit opp and cross motion | |
| | | (1/2 time) | 0.7 |
| | | subtotal | 30.3 |
| | | TOTAL HOURS | 68.1 |
| | | 37.8 hours 09-10 at $465 = $17,577 | |
| | | 30.3 hours 11-12 $495= $14,998.50 | |
| | | GRAND TOTAL $ 32,575.50 | $ 32575.5 |

Note Rates are per US Attorney Laffey rates for
an attorney with more than 20 years experience

| Dinerstein timesheet IBWC Jackson Lewis FOIA case | | | |
|---|---|---|---|
| date | person | activity | hours |
| | | | |
| 1/5/2010 | Dinerstein | review and edit complaint for filing | 0.4 |
| 2/8/2010 | Dinerstein | review and edit SJ brief | 0.5 |
| 2/18/2010 | Dinerstein | TCs with US Attny | 0.3 |
| 3/11/2010 | Dinerstein | conf co-counsel case strategy | 0.3 |
| 3/24/2010 | Dinerstein | review govt SJ and opposition to pltf SJ | 0.7 |
| 3/31/2010 | Dinerstein | review and edit our opp to govt SJ | 1 |
| 4/1/2010 | Dinerstein | edit our opp to govt SJ | 0.4 |
| 5/31/2011 | Dinerstein | collect docs relevant to status report | 0.5 |
| 6/7/2011 | Dinerstein | review docs, email co-counsel (RM) re strategy for status report | 0.5 |
| 6/8/2011 | Dinerstein | TC AUSA, draft and file joint status report | 0.8 |
| 7/28/2011 | Dinerstein | review and edit 2nd SJ filings | 1.2 |
| 7/29/2011 | Dinerstein | review and edit 2nd SJ filings | 1 |
| 8/16/2011 | Dinerstein | draft & file mtn for extension to file reply | 0.4 |
| 9/6/2011 | Dinerstein | review production, email co-counsel RM | 0.5 |
| 9/9/2011 | Dinerstein | edit and file our SJ reply | 1 |
| 2/27/2012 | Dinerstein | review decision, TC co-counsel RM | 0.5 |
| 5/10/2012 | Dinerstein | review govt mtn to modify opinion, email RM | 0.4 |
| 5/15/2012 | Dinerstein | edit opp to mtn to amend and mtn for sanctions; -- 1/2 of this time | 0.5 |
| | | TOTAL HOURS | 10.9 |
| | | 2010-11 9.5 hours x $495 = $4702.50 | |
| | | 2012 1.4 hours x $505 = $707 | |
| | | TOTAL FEES $5409.50 | $5409.5 |

Note rates are per the US Attorney's Laffey rates for attorney with more than 20 years experience

| Christine Erickson IBWC Jackson Lewis FOIA | | | |
|---|---|---|---|
| date | person | activity | hours |
| | | | |
| 1/4/2010 | Erickson | draft complaint | 1 |
| 1/5/2010 | Erickson | edit complaint | 0.5 |
| 1/7/2010 | Erickson | file complaint | 1.75 |
| 2/8/2010 | Erickson | Draft summary judgment memo | 2.5 |
| 2/18/2010 | Erickson | correspondence w/ govt counsel case status | 0.25 |
| 3/12/2010 | Erickson | legal research for summary judgment | 0.5 |
| 3/19/2010 | Erickson | review govt Answer to complaint | 0.5 |
| 3/19/2010 | Erickson | review govt briefing on summary judgment | 0.5 |
| 3/30/2010 | Erickson | draft/edit opposition to summary judgment | 1.25 |
| 3/31/2010 | Erickson | edit opposition to summary judgment | 0.25 |
| 4/26/2010 | Erickson | review govt reply to our opposition | 0.25 |
| | | TOTAL Hours | 9.25 |
| | | TOTAL Fees 9.25 x 225 = $2081.25 | $2081.25 |

Note -- rates are per the US Attorney's Laffey rates for an attorney with 1 to 3 years experience