**IBWC Jackson Lewis FOIA fee petition Dinerstein timesheet**

| date | person | activity | hours |
|---|---|---|---|
| 3/22/2013 | Dinerstein | provide timesheets to AUSA in attempt to settle fees | 0.3 |
| 3/27/2013 | | review case docs, sample fee petitions, PEER press releases, to prepare for fee petition | 2.3 |
| 3/28/2013 | | file motion for extension for fee petition | 0.3 |
| 4/1/2013 | | conf law fellow AH re assignment on fee petition | 0.3 |
| 4/8/2013 | | conf AH re assignment fee petition | 0.3 |
| 4/15/2013 | | edit AH draft, give further assignments | 2.5 |
| 4/22/2013 | | edit AH draft, review cited cases | 2.5 |
| 4/29/2013 | | edit AH draft | 2 |
| 4/30/2013 | | draft Dinerstein Decl, edit McCarthy decl | 1.5 |
| 5/1/2013 | | edit, proof, compile, file fee petition | 3.5 |
| 5/13/2013 | | respond on AUSA requested stipulation | 0.5 |
| 6/12/2013 | | review IBWC opp | 0.4 |
| 6/12/2013 | | review cases cited by IBWC and research fees for pro bono attorney | 2 |
| 6/17/2013 | | review AH case summaries, legal research re attorney client relationship for fees | 1.5 |
| 6/24/2013 | | edit AH draft, give direction for completion | 1 |
| 6/26/2013 | | edit, revise AH draft, review cited cases | 1.5 |
| 6/27/2013 | | edit, revise AH draft, update legal research | 1 |
| 7/1/2013 | | edit, revise AH draft | 1.5 |
| 7/2/2013 | | edit, revise AH drafat, review cited cases | 3.5 |
| 7/3/2013 | | edit, revise AH draft, finalize for filing | 3.2 |
| | | TOTAL HOURS | 31.6 |

2013 Laffey rate for 20 plus years experience
$505 per hour x 31.6 hours = $15,958