UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| PUBLIC EMPLOYEES FOR ENVIRONMENTAL RESPONSIBILITY | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| UNITED STATES SECTION INTERNATIONAL BOUNDARY AND WATER COMMISSION, U.S. – MEXICO, | ) ) ) ) | Civil Action No. 10-19 (RCL) |
| Defendant. | ) ) | |

## DECLARATION of Ashley M. Harvey

I, Ashley M. Harvey, declare as follows:

This Declaration is being submitted pursuant to 28 U.S.C. § 1746.

1. I am a Law Fellow for Plaintiff Public Employees for Environmental Responsibility (PEER). I have worked for PEER since February of 2013. I worked on behalf of PEER in the above-captioned case.

2. I worked on this case under the supervision of PEER's Senior Counsel and attorney for Plaintiff in this matter, Paula N. Dinerstein.

3. PEER is submitting with its application for attorneys' fees and expenses timesheets reflecting the number of compensable hours totaling 71.5 that I worked on this case.

4. Ms. Dinerstein reviewed my reported hours and discounted some of them in an exercise of billing judgment.

5.  I graduated from Florida Coastal School of Law in May of 2012.  I received a Certificate in Environmental Law.

6.  I was admitted to the Florida Bar in January of 2013.

7.  As a Law Fellow at PEER I conduct legal research and draft motions for PEER's FOIA, whistleblower and environmental enforcement cases.  I also participate in staff legal meetings and sit in during conference calls with staff from field offices.

8.  Based on my experience as outlined above, my work has been billed pursuant to the *Laffey* Matrix for an attorney with one to three years' experience at $245 per hour.

9.   I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 3, 2013

Ashley M. Harvey