**IBWC Jackson Lewis FOIA fee petition Harvey timesheet**

| date | person | activity | hours |
|---|---|---|---|
| 4/10/2013 | Harvey | review sample fee petitions, case law research | 2 |
| 4/11/2013 | | case law research, draft petition | 4.5 |
| 4/12/2013 | | edit draft petition | 2 |
| 4/15/2013 | | edit draft petition | 1 |
| 4/17/2013 | | edit draft petition, put in Dinerstein comments, cc | 3 |
| 4/18/2013 | | case law research, edit draft petition | 4 |
| 4/19/2013 | | edit draft petition | 3.75 |
| 4/22/2013 | | edit draft petition | 2 |
| 4/29/2013 | | finalizing edits, cite checking | 4 |
| 5/1/2013 | | edit, cite check, compile fee petition | 5 |
| 6/12/2013 | | review of IBWC opposition, case law research | 4 |
| 6/13/2013 | | review of IBWC opposition, case law research | 3.5 |
| 6/17/2013 | | case law research | 2 |
| 6/18/2013 | | case law research | 1 |
| 6/19/2013 | | case law research | 1 |
| 6/21/2013 | | drafting response | 3 |
| 6/24/2013 | | drafting response | 4 |
| 6/25/2013 | | drafting response | 4 |
| 6/26/2013 | | drafting response | 4 |
| 6/27/2013 | | editing response, further case law research | 4 |
| 7/1/2013 | | editing response, further case law research | 5.75 |
| 7/3/2013 | | finalizing edits, cite checking | 4 |
| | | | 71.5 |

Laffey rate for 1 to 3 years experience $245
$245 x 71.5 = $17,517.50