UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PUBLIC EMPLOYEES FOR ENVIRONMENTAL RESPONSIBILITY,<br><br>Plaintiff,<br><br>v.<br><br>U.S. INTERNATIONAL BOUNDARY AND WATER COMMISSION<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 10-19 (RCL)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

Before the Court is plaintiff PEER's Motion [61] for Attorney Fees. After this Court awarded PEER $40,484.88 in fees and costs on the merits (ECF No. 59), PEER now seeks an additional $35,243 in fees for fee litigation ($33,475.50 for work on the motion for fees on the merits and the reply, and $1,767.50 for work on the reply for this motion). Without pointing to any specific entries in the hours log, defendant IBWC argues that the additional fees are excessive and requests a two-thirds reduction. While acknowledging PEER's thoroughness in this matter and the fact that IBWC raised new issues in its opposition to the motion for fees on the merits, the Court agrees that $35,243 worth of work to justify $40,484.88 worth of fees and costs is excessive. But because PEER did in fact win all of the fees and costs it sought on the merits, the Court will reduce the fees on fees by only one-third. And because PEER logged only 3.5 hours and charged only $1,767.50 for the reply to the motion before the Court now, the reduction will apply only to the $33,475.50. Therefore, it is hereby

ORDERED that PEER's motion is GRANTED in part and DENIED in part. It is further

ORDERED that PEER is awarded an additional $24,084.50 for fees on fee litigation.

**IT IS SO ORDERED.**

Signed by Royce C. Lamberth, U.S. District Judge, on October 18, 2013.